UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
IN RE:                                                          Case No. 08-23241(rdd)
    Robby Saint- Cyr
         Debtor                                               Chapter 7
-------------------------------X

## STIPULATIONOF SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, as follows:

WHEREAS, Robby Saint- Cyr and American Home Mortgage Servicing, Inc wish to enter into this Stipulation of Settlement pursuant to the terms and conditions contained herein.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties herein, as follows:

1. All the foregoing recitals are expressly incorporated herein by reference.

2. Upon receipt of a fully executed copy of this Stipulation of Settlement, American Home Mortgage Servicing, Inc agrees to issue a check payable to the Law Office of Bleichman and Klein in the amount of $3,750.00, to be received within 20 days. The Law Office of Bleichman and Klein agree to supply American Home Mortgage Servicing, Inc with executed W-9 forms together with this Stipulation of Settlement.

3. The aforesaid payment by American Home Mortgage Servicing, Inc shall not be deemed an admission of guilt or fault on the part of American Home Mortgage Servicing, Inc.

1

4. Upon receipt of a fully executed copy of this Stipulation of Settlement, Robby Saint - Cyr agrees to withdraw his motion filed in this action with prejudice. The parties will file the Stipulation of Settlement with the Court.

5. By executing this Stipulation of Settlement Robby Saint- Cyr releases American Home Mortgage Servicing, Inc, its officers, subsidiaries, employees, agents and attorneys from the alleged claims and causes of action asserted by Robby Saint- Cyr in this action, or which arise out of or relate to the Motion that is the subject matter of the within litigation.

6. American Home Mortgage Servicing, Inc, its representatives, successors and assigns agrees not to collect report or verify the debt and acknowledges that the debt has been discharged in bankruptcy.

IN WITNESS WHEREOF, the parties hereto have executed this Stipulation of Settlement as an instrument of seal as of the _4_ day of August 2009.

Law Offices of Bleichman and Klein　　　Frenkel, Lambert, Weiss, Weisman &Gordon, LLP

By: _____/s/   Joshua N. Bleichman　　By:__/s/   Linda P. Manfredi
　　　Joshua N. Bleichman　　　　　　　　　Linda P. Manfredi
Law Offices of Bleichman & Klein　　Frenkel, Lambert, Weiss, Weisman &Gordon, LLP
Attorney for Robby Saint-Cyr　　　Attorney for American Home Mortgage Servicing, Inc
268 Route 59 West　　　　　　　　　　20 West Main Street
Spring Valley, NY 10977　　　　　　　Bay Shore, NY 11706
 (845) 425-2510　　　　　　　　　　　　(631) 969-3100

SO ORDERED

/s/ Robert D. Drain
United States Bankruptcy Judge

Dated: August 13, 2009