UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                                                  **STIPULATION**
                                                                        **AND ORDER**

ROBBY SAINT-CYR                                      Case No.: 08-23241(rdd)
                                                                        (Chapter 7)

        Debtor
_____

       WHEREAS, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP is the holder of a mortgage on real property owned by the Debtor and known as 11 Maple Avenue, Loch Sheldrake, NY 12759; and

       WHEREAS, the Debtor filed the instant Chapter 7 case on August 28, 2008 and Mark S. Tulis, Esq. was appointed the Chapter 7 Trustee, and

       WHEREAS the Trustee having determined that the aforementioned property does not have any equity that would benefit the Debtor's Estate, it is hereby

       STIPULATED AND AGREED AS FOLLOWS:

       1.    The Chapter 7 Trustee hereby abandons his interest in the property located at 11 Maple Avenue, Loch Sheldrake, NY 12759 pursuant to 11 U.S.C. Sec. 554 as said property has no value that would benefit the Debtor's Estate.

       2.    It is further agreed that a fully executed copy of this Stipulation shall be deemed the original for the purposes of filing same with the Court, and that facsimile signatures shall have the same force and effect as the original signatures.

3.      The foregoing represents the entire agreement of the parties and no modification amendment or extension thereof shall be valid, unless in writing, signed by all signatories to this agreement.

| | |
|---|---|
| Dated: November 18, 2009 | Dated: November 18, 2009 |
| **Chapter 7 Trustee** | **Attorney for BAC Home Loans** |
| s/<u>Mark S. Tulis, Esq.</u> _____ | s/<u>Nicole C. Gazzo, Esq</u>_____ |
| MARK S. TULIS, ESQ. | NICOLE C. GAZZO, ESQ. |
| Oxman, Tulis, Kirkpatrick, Whyatt & Geiger | Steven J. Baum, P.C. |
| 120 Bloomingdale Road | 220 Northpointe Pkwy, Ste G |
| White Plains, NY 10605 | Amherst, NY 14228 |
| (914) 422-3900 | (716) 204-2400 |

      SO ORDERED; <u>provided</u> that the chapter 7 trustee mails a copy of this order to the Debtor on or before November 24, 2009

      This 19th day of November, 2009

      /s/Robert D. Drain_____
      Hon. Robert D. Drain
      United States Bankruptcy Judge