**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                              Chapter 7

                                                                                          Case No. 08-23241 (RDD)

ROBBY SAINT-CYR,
                                                                                          **NOTICE OF ABANDONMENT**
                                                                                          **OF PROPERTY BY TRUSTEE**

                              Debtor.
------------------------------------------------------------X

      **NOTICE** is hereby given that the Trustee, Mark S. Tulis, intends to abandon the property known as 40 Lake Street, Liberty, New York 12754, due to the fact the property is burdensome to the estate and of inconsequential value to the estate pursuant to 11 U.S. C. § 554(a), and is hereby abandoned by the Trustee, as of December 10, 2009.

Dated:    White Plains, New York
            December 10, 2009

                                        /s/ Mark S. Tulis
                                        Mark S. Tulis (MT 4736)
                                        Trustee
                                        120 Bloomingdale Road
                                        White Plains, New York 10605
                                        (914) 422-3900

To:    All Creditors and Interested Parties